# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Sarah Frimpong
_____
PLAINTIFF

VS.                                                      CASE NO.  1:25-cv-02756-RCL
                                                                   _____

Luke Rorech
_____
DEFENDANT(S)

## MOTION

### MOTION TO DISMISS OF DEFENDANT LUKE RORECH

Defendant Luke Rorech, appearing pro se, respectfully moves this Court pursuant to Federal Rules of Civil

Procedure 12(b)(6) and 12(b)(2) to dismiss the claims asserted against him individually. In support of this Motion, Defendant states as follows:

1) Plaintiff alleges that Defendant personally accepted money as "loan repayments."  2) Defendant did not personally accept any such payments.

3) The funds at issue were paid to Luke Rorech, LLC, a limited liability company managed by defendent, pursuant to an independent contractor

agreement. 4) The LLC was retained to provide business advisory services and was fairly compensated for those services.

5) Defendant never signed any merger agreement or other document purporting to create personal obligations related to the plaintiff or

the business at issue. 6) Because Defendant did not personally receive funds and never assumed liability by contract, the complaint

fails to allege facts establishing personal liability. 7) Plaintiff therefore cannot state a claim for fraudulent transfer  or unjust enrichment

against Defendant in his individual capacity, and Defendant is not a proper party to this action.


WHEREFORE, Defendant respectfully requests that the Court dismiss all claims against him with prejudice, and grant such other

further relief as the Court deems just and proper.


_____
Signature

Luke Rorech
_____
Name (if applicable, Prisoner ID No.)

3163 East Fort King Street
_____
Address/Facility Address

Ocala                          FL        34470
_____
City                          State     Zip Code

Rev: 8/8/2024
*Use additional pages as needed



RECEIVED
SEP 11 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia