Defendant Mobile Eats of America, Inc.'s Motion to Dismiss

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**Sarah Frimpong,**
Plaintiff,

v.

**Maureen Daly, et al.,**
Defendants.

Civil Action No. 1:25-cv-02756-RCL

## DEFENDANT MOBILE EATS OF AMERICA, INC.'S MOTION TO DISMISS

Defendant Mobile Eats of America, Inc. ("Mobile Eats") respectfully moves, pursuant to **Fed. R. Civ. P. 12(b)(6)**, to dismiss all claims asserted against it in the Complaint. As set forth in the accompanying memorandum, Mobile Eats was not a party to the contracts at issue, and Plaintiff's fraud-based claims do not satisfy **Rule 9(b)**.

## CONCLUSION

For these reasons, the Court should dismiss all claims against Mobile Eats **with prejudice** and grant such other relief as is just and proper.

**Dated:** September 16, 2025
**Respectfully submitted,**

/s/ Maureen A. Daly
**Maureen A. Daly**
Authorized Representative, Mobile Eats of America, Inc.
27615 U.S. Hwy 27, Suite 109
Leesburg, FL 34748
(813) 816-8739
mdaly@vendmea.com

## Certificate of Service

I certify that on September 16, 2025, I filed the foregoing via the Court's CM/ECF system, which will serve all registered counsel of record.



**RECEIVED**
SEP 16 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

/s/ Maureen A. Daly
Maureen A. Daly

Memorandum of Law in Support of Defendant Mobile Eats of America, Inc.'s Motion to Dismiss

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Sarah Frimpong,**
Plaintiff,

v.

**Maureen Daly, et al.,**
Defendants.

Civil Action No. 1:25-cv-02756-RCL

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT MOBILE EATS OF AMERICA, INC.'S MOTION TO DISMISS

### I. INTRODUCTION

Plaintiff's claims arise from the sale of Broodjes & Bier Restaurant Group, LLC and obligations under an **Agreement and Plan of Merger** and a related **Indemnification Agreement**. Mobile Eats did not sign those agreements and did not assume any obligations under them. The Complaint's fraud and conspiracy allegations against Mobile Eats are conclusory and lack the particularity required by **Rule 9(b)**. Dismissal is warranted under **Rule 12(b)(6)**.

### II. LEGAL STANDARD

A complaint must plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007); *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009). Fraud claims must also meet **Rule 9(b)** by stating with particularity the who, what, when, where, and how of the alleged fraud. *United States ex rel. Totten v. Bombardier Corp.*, 286 F.3d 542, 551–52 (D.C. Cir. 2002).

### III. ARGUMENT

**A. Contract-Based Claims Fail Because Mobile Eats Is Not a Party to the Agreements.**
The Complaint's contract claims depend on duties in the Merger Agreement and Indemnification Agreement—neither of which Mobile Eats executed or assumed. Nonparties to a contract (and non-intended third-party beneficiaries) cannot be liable for breach. See *Nanko Shipping, USA v. Alcoa, Inc.*, 850 F.3d 461, 466 (D.C. Cir. 2017).

**B. Fraudulent-Inducement Allegations Do Not Satisfy Rule 9(b).**

Plaintiff alleges Mobile Eats "fabricated" or "misrepresented" financials but does not identify the speaker, timing, location, precise content, or individualized reliance. Such threadbare allegations do not meet **Rule 9(b)**. See *United States ex rel. Williams v. Martin-Baker Aircraft Co.*, 389 F.3d 1251, 1256 (D.C. Cir. 2004).

**C. Conspiracy Claims Fail Absent a Well-Pleaded Underlying Tort.**

Because the fraud theory is inadequately pled, the derivative conspiracy claim cannot stand. *Hall v. Clinton*, 285 F.3d 74, 82 (D.C. Cir. 2002).

**D. No Basis for Vicarious Liability or Veil-Piercing.**

The Complaint offers no facts to disregard corporate separateness or to impose vicarious liability on Mobile Eats for alleged acts by other defendants. See *United States v. Bestfoods*, 524 U.S. 51, 61 (1998).

## IV. CONCLUSION

The Court should dismiss all claims against Mobile Eats **with prejudice**.

**Dated:** September 16, 2025
**Respectfully submitted,**

/s/ Maureen A. Daly
**Maureen A. Daly**
Authorized Representative, Mobile Eats of America, Inc., pro se
27615 U.S. Hwy 27, Suite 109
Leesburg, FL 34748
(813) 816-8739
mdaly@vendmea.com

## Certificate of Service

I certify that on September 16, 2025, I filed the foregoing via the Court's CM/ECF system, which will serve all registered counsel of record.

/s/ Maureen A. Daly
Maureen A. Daly