**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SARAH FRIMPONG**<br><br>**PLAINTIFF,**<br><br><br>**v.**<br><br>**MAUREEN DALY,** ***et al.***<br><br>**DEFENDANTS.** | **CASE NUMBER: 1:25-cv-02756- RCL** |

**<u>MOTION TO VOLUNTARILY DISMISS</u>**

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Sarah Frimpong moves the Court to dismiss this civil action.

1. On or around August 20, 2025, Mr. Frimpong commenced this action (ECF No. 1).

2. On or around June 11, 2026, Defendant Maureen Daly filed an amended answer and certain counterclaims against Ms. Frimpong (ECF No. 23).

3. On or about May 30, 2026, Plaintiff Sarah Frimpong filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the U.S. Bankruptcy Court for the District of Columbia, Case No. 26-00286-ELG (Bankr. ECF No. 1).

4. Ms. Daly's counterclaims in this action were disclosed as a liability in bankruptcy (Bankr. ECF No. 10) and Ms. Daly was provided notice of the same (Bankr. ECF No. 10-2).

5. On or around September 1, 2026, the Bankruptcy Court discharged Ms. Frimpong's debts under 11 U.S.C. § 727 (Bankr. ECF No. 16), including any counterclaims asserted in this litigation, and on September 18, 2026, the Bankruptcy Court closed the case (Bankr. ECF No. 17).

6. On or around September 29, 2026, this Court granted Defendant Luke Roerich's motion to dismiss and denied Defendants Douglas Roerich and Mobile Eats of America, Inc.'s motions to dismiss. This Court further ordered Defendants Mobile Eats and the Maureen A. Daly Living Trust to file answers within 30 days of its order. At present the remaining defendants are: (1) Maureen Daly, (2) the Daly Trust (3) Mobile Eats, and (4) Douglas Roerich.

7. No trial date has been set in this matter.

8. In light of the foregoing, and as two defendants have filed answers, Ms. Frimpong moves for dismissal under Rule 41(a)(2). Ms. Daly's counterclaim has been discharged, and Ms. Frimpong moves the Court to terminate the remainder of this civil action.

Dated: September 29, 2026.

Respectfully Submitted,

/s/ Raj H. Patel
Raj H. Patel, D.C. Bar No. 240973
George R.A. Doumar, D.C. Bar No. 415446
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, a true and correct copy of the foregoing Motion was served through ECF and first-class mail postage prepaid to:

MAUREEN DALY
1302 South 8th Street
Leesburg, Florida 34748

MAUREEN A. DALY
LIVING TRUST
Maureen Daly, Trustee
1302 South 8th Street

LUKE RORECH
3163 East Fort King Street
Ocala, Florida 34470

Leesburg, Florida 34748

DOUGLAS RORECH
1302 South 8th Street
Leesburg, Florida 34748

MOBILE EATS OF AMERICA, INC.
Chestnut Business Services, LLC, Registered Agent
311 Park Place Boulevard, Suite 300
Clearwater, Florida 33758

/s/ Raj H. Patel
Raj H. Patel, D.C. Bar No. 240973
George R.A. Doumar, D.C. Bar No. 415446
Doumar Martin, PLLC
1530 Wilson Boulevard, Suite 1060
Arlington, Virginia 22209
Tel: (703) 243-3737
gdoumar@doumarmartin.com
rpatel@doumarmartin.com

*Counsel for Plaintiff*